## Rice *vs* Doniphan & Smoot.

ERROR TO THE PENDLETON CIRCUIT.

*Parties in Chancery.   Service of process.*

JUDGE BRECK delivered the opinion of the Court.

CHANCERY.   4bm123, e111 928

*Case 27.*

*Sept.* 28.

*Service of process on one of several partners, is not equivalent to service on all.*

SMOOT, as a member of the firm of Doniphan & Smoot, was a necessary party, and was properly made a defendant by Rice in his bill. The service of process on Doniphan, and his answer did not, we think, render it unnecessary to serve process upon Smoot. Service of process upon one partner is not deemed sufficient, and equivalent to service upon the other or all the partners. Smoot not having answered, and not being before the Court by service of process or otherwise, the Court erred in hearing the case upon the merits and dismissing complainant's bill absolutely. It was incumbent upon the complainant to have brought all proper parties before the Court, and it was in the power of the Court, by rule, to have required him to do it within a reasonable time, and upon his failure, to have dismissed his bill without prejudice.

The decree must, therefore, be reversed, and the cause remanded, with directions to enter a rule upon the complainant to bring the defendant, Smoot, before the Court, and upon his failure to do it within a reasonable time, to dissolve his injunction with damages, and dismiss his bill without prejudice.

*The Court may require the complainant to bring the defendants before the Court in reasonable time or dismiss his suit.*

*Swope* for plaintiff: *Morehead & Reed* for defendants.